## JULIA NICEFARO *v.* CITY OF NEW HAVEN

The defendant's petition for certification for appeal from the Appellate Court, 116 Conn. App. 610 (AC 29851), is denied.

NORCOTT and VERTEFEUILLE, Js., did not participate in the consideration of or decision on this petition.

*Audrey C. Kramer*, assistant corporation counsel, in support of the petition.

Decided October 14, 2009

## BONNIE DUART *v.* DEPARTMENT OF CORRECTION

The plaintiff's petition for certification for appeal from the Appellate Court, 116 Conn. App. 758 (AC 29994), is granted, limited to the following issue:

"Whether the rule of *Varley* v. *Varley*, 180 Conn. 1, 428 A.2d 317 (1980), which requires a movant to demonstrate that the results at trial would have been different, applies to posttrial motions alleging knowing and deliberate discovery misconduct?"

NORCOTT and KATZ, Js., did not participate in the consideration of or decision on this petition.

The Supreme Court docket number is SC 18476.

*Leon M. Rosenblatt*, in support of the petition.

*Antoria D. Howard*, assistant attorney general, in opposition.

Decided October 14, 2009